In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-515 CV


____________________



TEXAS ASSOCIATION OF COUNTIES PROPERTY AND 


CASUALTY SELF INSURANCE FUND, Appellant



V.



LIBERTY COUNTY, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. 64088






MEMORANDUM OPINION (1)


 The appeal, which we abated for 60 days on December 13, 2002, is hereby
REINSTATED. The appellant, The Texas Association of Counties Property and Casualty
Self Insurance Fund, and the appellee, Liberty County, filed a joint motion to dismiss this
accelerated interlocutory appeal because the issues made the basis of this appeal have been
resolved through settlement and a final judgment has been entered by the trial court. The
Court finds that the motion is voluntarily made by the agreement of the parties prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED without reference to the merits of the appeal. All costs are assessed
against the incurring party.

 PER CURIAM



Opinion Delivered March 27, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.